No. 648. BOARD OF TRADE OF THE CITY OF CHICAGO, PETITIONER, *v.* CHRISTIE GRAIN AND STOCK COMPANY ET AL. April 25, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Henry S. Robbins* for petitioner.   *Mr. James H. Harkless, Mr. Clifford Histed, Mr. W. H. Rossington* and *Mr. Charles Blood Smith* for respondents.

No. 649. LOUISVILLE AND NASHVILLE RAILROAD COMPANY, PETITIONER, *v.* WEST COAST NAVAL STORES COMPANY. April 25, 1904. . Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit granted. *Mr. W. A. Blount* and *Mr. A. C. Blount, Jr.,* for petitioner. *Mr. John C. Avery* for respondent.

No. 326. GLOBE-WERNICKE COMPANY, PETITIONER, *v.* FRED MACEY ET AL.   May 2, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied.  *Mr. Edward Taggart* and *Mr. Arthur C. Denison* for petitioner.   *Mr. Fred L. Chappell* for respondents.

No. 644. WILLIAM H. HANLEY ET AL., PETITIONERS, *v.* UNITED STATES.   May 2, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.   *Mr. Joel M. Marx* for petitioners. *The Attorney General* and *Mr. Solicitor General Hoyt* for respondent.

No. 647. JOHN SEBECK, . PETITIONER, *v.* PLATTDUETSCHE VOLKFEST VEREIN.   May 2, 1904.   Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *Mr. Clarence P. Moser* for petitioner.   *Mr. Rudolph F. Rabe* for respondents.